

BSG:evg:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. WDQ-09-0296 |
| JOHN ROSS | * | (Embezzlement from Health Care |
| ANDRE WILSON | * | Benefit Program, 18 U.S.C. § 669; Aiding |
| | * | and Abetting, 18 U.S.C. § 2) |
| Defendants | * | |

*****

## INDICTMENT

### COUNTS ONE THROUGH THREE

The Grand Jury for the District of Maryland charges that:

INTRODUCTION

At times material to the Indictment:

1. N.S. was an Enrollment and Billing Technician at Carefirst Blue Cross/Blue Shield of Maryland, located at 10455 Mill Run Circle, Owings Mills, Maryland 21117. N.S. was married to M.T.

2. Carefirst Blue Cross/Blue Shield of Maryland was a health care provider within the meaning of Title 18, United States Code, Section 24(b), that is, Carefirst Blue Cross/Blue Shield of Maryland is a private plan or contract, affecting interstate commerce, under which medical benefits, items and securities were provided to individuals.

3. Beginning in at least June 2001, and continuing until in or about May 2005, N.S. transferred approximately $232,000, more or less, of premium refund checks from Carefirst Blue Cross/Blue Shield of Maryland and used the monies for other than their intended purpose of paying refunds to Carefirst Blue Cross/Blue Shield of Maryland's customers.

4. On or about the following dates, in the District of Maryland, the defendant,

**JOHN ROSS,**

did knowingly and willfully, embezzle, steal and without authority convert to the use of another, and intentionally misapply the moneys, funds, and assets of a health care benefit program by cashing the listed checks in the referenced amounts from Carefirst Blue Cross/Blue Shield of Maryland, which checks were fraudulently made payable to **JOHN ROSS** and to which he was not entitled:

| Count | Check Number | Date Cashed | Amount |
|-------|--------------|-------------|--------|
| One   | 20143        | 11/09/04    | $3,358.75 |
| Two   | 23142        | 03/01/05    | $3,728.94 |
| Three | 25382        | 03/09/05    | $3,589.25 |

18 U.S.C. § 669
18 U.S.C § 2

## COUNTS FOUR THROUGH FIVE

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 3 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about the following dates, in the District of Maryland, the defendant,

**ANDRE WILSON,**

did knowingly and willfully, embezzle, steal and without authority convert to the use of another, and intentionally misapply the moneys, funds, and assets of a health care benefit program by cashing the listed checks in the referenced amounts from Carefirst Blue Cross/Blue Shield of Maryland, which checks were fraudulently made payable to **ANDRE WILSON** and to which he was not entitled.

| Count | Check Number | Date Cashed | Amount |
|---|---|---|---|
| Four | 99197530 | 06/22/04 | $3,440.99 |
| Five | 99201480 | 09/16/04 | $3,512.50 |

18 U.S.C. § 669
18 U.S.C § 2

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson

5-28-2009
Date