# United States District Court
## District of Maryland

RECEIVED
BALTIMORE, MD
2009 MAY 29 I A 9: 30

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JUL 03 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| ANDRE WILSON | Case No. WDQ-09-0296 |

TO:  The United States Marshal and any
     Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ANDRE WILSON_____
                                              *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*: Embezzlement from Health Care Benefit Program; Aiding & Abetting

___

in violation of Title ___18___ United States Code, Section(s) ___669,2___

| Felicia C. Cannon | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Agnes M. Finney | May 29, 2009    Baltimore, MD |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ NONE RECOMMENDED | by James K. Bredar, U.S. Magistrate Judge |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 300 E. Madison St, Baltimore, MD

| Date Received 5/29/2009 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/2/2012 | SA Keith A. Custer, FBI | *[signature]* Keith A. Custer |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant